# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00349-CR

**The State of Texas, Appellant**

**v.**

**Brian Thomas Shurbet, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
### NO. 597,076, HONORABLE JAN BRELAND, JUDGE PRESIDING

The State=s motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant=s Motion

Filed: June 21, 2002

Do Not Publish